# United States Bankruptcy Court

__EASTERN__ DISTRICT OF __MICHIGAN__

In Re: **Josefina R. Bacho,**

        Debtor.

**SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE**

Case No. __10-47996-MBM__

To: **Keeper of Records
OM Financial Life Insurance Company
1001 Fleet Street, Floor 6
Baltimore, MD 21202-4356**

Chapter 7

☐ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

**Statement of account on annuity and annuity contract and other documents related to the contract for account #503104. No appearance is necessary, provided we receive these documents by the date and time stated below.**

| PLACE | DATE AND TIME |
|---|---|
| **Law Offices of Schneider Miller, P.C.**<br>**Penobscot Building, Suite 3900**<br>**645 Griswold Street**<br>**Detroit, MI 48226-4251** | **July 30, 2010, 10:00 a.m.** |

☐ YOU ARE COMMANDED to permit inspection of the following premises at date and time specified.

| PREMISES | DATE AND TIME |
|---|---|

    Any subpoenaed organization not a party to this proceeding shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Fed. R. Civ. P. 30(b)(6) made applicable to this proceeding by Rule 7030, Fed. R. Bankr. P. See Rules 1018 and 9014, Fed. R. Bankr. P.

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| **/s/Kimberly Ross Clayson (P69804), Attorney for Trustee** | **June 30, 2010** |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Timothy J. Miller, Trustee, Law Offices of Schneider Miller, P.C., 64541 Van Dyke, Suite 101-B, Washington, MI 48095, 586-281-3764

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of: In Bankruptcy

**Josefina R. Bacho,** Chapter 7
Case No. 10-47996-MBM
Debtor. Hon. Marci B. McIvor
_____/

## CERTIFICATE OF SERVICE

Re: Subpoena and Certificate of Service

I hereby certify that on this 30th day of June, 2010, I electronically filed the foregoing Subpoena with the Clerk of the Court using the ECF system which will send notification of such filing to the Office of the United States Trustee and all those listed by the Court as receiving electronic notices in this case from the Court's CM/ECF system. Also, I hereby certify that I served the foregoing Subpoena upon the following non-ECF participants by placing copies in sealed envelopes with postage fully prepaid and mailing them United States First-Class mail, addressed as follows:

| | |
|---|---|
| Keeper of Records<br>OM Financial Life Insurance Company<br>1001 Fleet Street, Floor 6<br>Baltimore, MD 21202-4356 | Mr. Christopher Chapman, CFO<br>OM Financial Life Insurance Company<br>1001 Fleet Street, Floor 6<br>Baltimore, MD 21202-4356 |

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed by me, Legal Secretary for The Law Offices of Schneider Miller, P.C., 3900 Penobscot Building, 645 Griswold Street, Detroit, MI 48226-4251.

Dated: June 30, 2010    /s/Deborah A. Van Hemel
                         Deborah A. Van Hemel, Notary Public
                         Wayne County, Michigan
                         My commission expires: 11/15/2013